No. 2482.—ROBERT P. SMITH v. THE CITY OF NEW ORLEANS.

If the record of appeal contains no note of the evidence offered in the court below, the appellate court will presume that the court a qua proceeded upon proper evidence.

In reference to the question of bills of credit, the doctrine announced in the case of Smith v. City of New Orleans, 23 An., page 5, is affirmed by this decision.

APPEAL from the Fifth District Court, parish of Orleans. *Leaumont, J. Alexander Walker*, for plaintiff and appellee. *J. R. Beckwith*, City Attorney, for defendant.

TALIAFERRO, J. The plaintiff brings this suit to recover from the defendant $600, being the amount of thirty bills or notes of the currency known as "city money," with interest from judicial demand. The defendant answers:

*First*—That the notes sued on are bills of credit, which the city, by the Constitution of the United States, was prohibited from issuing.

*Second*—The making and circulating these notes or bills of credit were in express violation of certain acts of the General Assembly of Louisiana, and therefore void.

The defendant offers another objection, which he contends must prove fatal to the plaintiff's case, and that is that the notes sued upon were not offered in evidence on the trial, and that the record does not show that any evidence was introduced.

The plaintiff had judgment, and the defendant appealed.

This court has held that where it finds no note of evidence in the record, it will presume the court a qua proceeded upon proper evidence. 23 An., page —. This case presents the same issues as that of the same plaintiff v. The City of New Orleans, 23 An., page 5.

For the reasons assigned for the decree in that case, it is ordered, adjudged and decreed that the judgment of the district court be affirmed, with costs.